Julie Anne Parsons
State Bar Number 00790358
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 1269
Round Rock, Texas 78680
Telephone: (512) 323-3200
Fax: (512) 323-3205
Email: jparsons@mvbalaw.com

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN THE MATTER OF:                                                          CASE NO. 23-43861

CHRISTOPHER EVAN COLLINS
AND DEANNA RENAE COLLINS

  DEBTORS                                                                       CHAPTER 7

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS

    Notice is hereby given that Julie Anne Parsons, of McCreary, Veselka, Bragg & Allen, P.C., P. O. Box 1269, Round Rock, Texas 78680, will appear as counsel for The County of Denton, Texas, in the above-entitled case, and requests that service of notices and other documents be made upon this attorney of record.

Dated:  December 20, 2023

    Respectfully submitted,

    MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
    Attorneys for Claimant, The County of Denton, Texas

    */s/Julie Anne Parsons*
    Julie Anne Parsons
    State Bar Number 00790358
    P.O. Box 1269
    Round Rock, Texas 78680
    Telephone: (512) 323-3200
    Fax: (512) 323-3205
    Email: jparsons@mvbalaw.com

CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the above Notice of Appearance And Request For Service Of Notices And Other Documents to Warren V. Norred, Norred Law PLLC, 515 E. Border Street, Arlington, Texas 76010; John Dee Spicer, Suite 560, Founders Square 900 Jackson Street, Dallas, Texas 75202-4425, and to those parties listed on the Court's Notice of Electronic Filing on December 20, 2023, by Electronic Notification.

                                                                                          */s/Julie Anne Parsons*
                                                                                          Julie Anne Parsons