IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN THE MATTER OF: | § | CASE NO. 23-43861-mxm7 |
| | § | |
| CHRISTOPHER EVAN COLLINS and | § | |
| DEANNA RENAE COLLINS | § | |
| | § | |
| DEBTORS | § | CHAPTER 7 |

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF NOTICES AND OTHER DOCUMENTS**

Notice is hereby given that John H. Ivie, III of Colven, Tran & Meredith, P.C., at the address below, will appear as counsel for creditor Texas Regional Bank f.k.a. AccessBank Texas in the above-entitled case, and request that service of notices and other documents be made upon this attorney of record.

Dated: January 19, 2024.

    Respectfully submitted,

    **COLVEN, TRAN, & MEREDITH, P.C.**

    By:  /s/ John Ivie
    John Ivie
    State Bar No. 24032463
    1401 Burnham Drive
    Plano, Texas 75093
    Tele: (469) 209-8326
    Fax: (469) 533-0337
    E-Mail: john@colvenandtran.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the 19th day of January, 2024, I have served a copy of the above document by First Class U. S. Mail or by electronic means to all parties who have filed a notice of appearance or a request for notice in this case and to the parties identified below.

**Debtors**
Christopher Evan Collins
111 Reatta Drive
Justin, TX 76247

Deanna Renae Collins
111 Reatta Drive
Justin, TX 76247

**Attorney for Debtor**
Warren V. Norred
Norred Law PLLC
515 E. Border Street
Arlington, TX 76010

**Trustee**
John Dee Spicer
Suite 560, Founders Square
900 Jackson Street
Dallas, TX 75202

**Office of the U.S. Trustee**
United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75202

                                                By: /s/ John H. Ivie, III
                                                John H. Ivie, III